UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS D. JOHNSON,

Petitioner,

v.

JOSHUA PRUDHEL,

Respondent.

No. 2:25-cv-2447 DC JDP (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 9, 14, 16)

Petitioner, a state prisoner proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 5, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 16. Petitioner filed objections to the findings and recommendations, and Respondent filed a response thereto. ECF Nos. 17, 18. In his objections, Petitioner does not meaningfully dispute that under the applicable statute of limitations, the last day for Petitioner to have timely filed his federal habeas petition was May 28, 2022, *see* ECF No. 16 at 2, and yet he did not file this habeas action until August 27, 2025, over three years after the statute of limitations period had expired. Thus, the magistrate judge correctly recommended that this habeas action be dismissed as untimely.

Further, as explained by Respondent in his response to Petitioner's objections, ECF No. 18, Petitioner has not substantiated his apparent assertion that the court should find he timely filed his federal habeas petition because he relied on his counsel to timely file his petition. Petitioner's objections therefore do no provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, ECF No. 16, are ADOPTED;
2. Respondent's motion to dismiss, ECF No. 9, is GRANTED;
3. The petition is dismissed as untimely;
4. Petitioner's motion for stay, ECF No. 14, is DENIED as futile;
5. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and
6. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 30, 2026**

Dena Coggins
United States District Judge